**Order entered April 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01281-CV

### KENNETH W. MORRISON, RICK ADAMS, AND STONECOAT OF TEXAS, LLC, Appellants

### V.

### JOHN D. PROFANCHIK, SR., Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02057-2015**

## ORDER

This is an appeal from a jury trial. The record has been filed, and appellant's brief is due April 30, 2018.

By motion filed April 18, 2018, the parties request the appeal be stayed. The parties explain they have reached a confidential oral mediation agreement, but they do not anticipate the agreement can be finalized until June 30, 2018. They request the appeal be stayed until July 16, 2018 so they can prepare and file the necessary dismissal documents.

We **GRANT** the motion and **DIRECT** counsel to file status reports regarding the settlement every thirty days from the date of this order until either a motion to dismiss is filed or the case is reinstated. We **ABATE** the appeal until July 16, 2018. The appeal may be reinstated

sooner if the parties file a motion to dismiss before that date or fail to file the requested status reports.


/s/     DAVID EVANS
        JUSTICE